# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 04-30007-001 |
| SARAH GARNER, | ) |
| Defendant, | ) |
| HARDEE'S RESTAURANTS %INFO SYNC SERVICES, | ) |
| Garnishee. | ) |

## MOTION FOR ENTRY OF AGREED ORDER
## OF CONTINUING EARNINGS GARNISHMENT

Now comes the Plaintiff, United States of America by its attorneys Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Elizabeth L. Collins, Assistant United States Attorney, and moves this Court to enter the Agreed Order of Continuing Earnings Garnishment attached as Exhibit A and states as grounds the following:

1. On November 3, 20042, the Defendant SARAH GARNER was ordered, as part of her criminal judgment, to pay restitution of $5,641.00 to the victim of her offense.

2. As of July 11, 2006, $640.00 has been credited toward the restitution debt, leaving a balance due of $5,312.74 (consisting of $5,101.00 restitution principal and $211.74 interest which has been accruing at 2.47% since the Defendant was first liable for interest) .

3. GARNER is currently on supervised release with U.S. Probation and has requested the Government enter into an Agreed Order of Continuing Earnings Garnishment.

-2-

4.  GARNER is employed and her wages are subject to garnishment.

5.  The United States, the Defendant, and the Garnishee have signed an Agreed Order of Continuing Earnings Garnishment whereby $50.00 will be withheld each pay day from the Defendant's bi-weekly disposable earnings and turned over to the U.S. District Clerks Office.

WHEREFORE, the United States is requesting the Court to approve and enter the attached Agreed Order.

                Respectfully Submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

Date: July 11, 2006                s/ Elizabeth L. Collins

              By:    Elizabeth L. Collins, Bar # 487864
                      Attorney for Plaintiff
                      United States Attorneys Office
                      318 S. 6th Street
                      Springfield, Illinois 62701
                      Tel: 217-492-4450
                      Fax: 217-492-4888
                      E-mail: Beth.Collins@usdoj.gov

-3-

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION** has been made upon the following individuals by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

> Sarah Garner
> 201 Cheyenne Drive
> Auburn, IL 62615
>
> Ms. Becky Stevenson
> Info Sync Services
> 6051 N. Brookline Suite 108
> Oklahoma City, OK 73112

Date: July 11 , 2006                         s/ Elizabeth L. Collins
                                             _____
                                      By:    Elizabeth L. Collins, Bar # 487864
                                             Attorney for Plaintiff
                                             United States Attorneys Office
                                             318 S. 6th Street
                                             Springfield, Illinois 62701
                                             Tel: 217-492-4450
                                             Fax: 217-492-4888
                                             E-mail: Beth.Collins@usdoj.gov