E-FILED
Tuesday, 11 July, 2006 02:17:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. 04-30007-001 |
| ) | |
| SARAH GARNER, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| HARDEE'S RESTAURANTS ) | |
| %INFO SYNC SERVICES, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**AGREED ORDER OF CONTINUING EARNINGS GARNISHMENT**

The parties, the United States of America, the defendant, SARAH GARNER and the garnishee, HARDEE'S RESTAURANTS % INFO SYNC SERVICES agree and stipulate as follows:

1. The defendant's name is SARAH GARNER, Social Security Number xxx-xx-4172 and her last known address is in Auburn, IL.

2. A Judgment was entered against the defendant, SARAH GARNER in this action in the amount of $5,741.00 consisting of a $100.00 special assessment and $5,641.00 restitution, with post-judgment restitution interest at the rate of 2.47% which has been accruing since the defendant was first liable for interest and will continue to accrue on the restitution balance until the principal is paid in full. The total restitution balance due on the Judgment is $5,345.47 ($5,141.00 principal and $204.47 interest) as of June 20, 2006.

ORIGINAL


-2-

3. The garnishee, HARDEE'S RESTAURANTS % INFO SYNC SERVICES has in its possession, custody or control property of the defendant in the form of wages and/or compensation paid to the defendant, SARAH GARNER.

4. The defendant, SARAH GARNER waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee, HARDEE'S RESTAURANTS % INFO SYNC SERVICES waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives it rights to answer and waives its right to be heard in this matter and any other process to which the garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The defendant, SARAH GARNER agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of an Agreed Order of Continuing Earnings Garnishment proper.

7. The parties therefore agree and stipulate to the entry of an Agreed Order of Continuing Earnings Garnishment against the non-exempt wages and/or compensation of the defendant, SARAH GARNER. It is expressly agreed and stipulated to by the parties that the garnishee, shall pay into the hands of the United States District Court, at least monthly, $50.00 withheld each payday from defendant's bi-weekly disposable earnings (subtract Federal Income Tax, F.I.C.A., State Tax and other required withholding (if any)). It is agreed this amount is subject to increase depending on the defendant's earnings.

8.  The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $5,741.00, upon which there is an unpaid restitution balance of $5,345.67, as of June 20, 2006, which includes accrued interest at the rate of 2.47%. These deductions are to continue until the unpaid balance, plus accruing interest, is fully paid and satisfied or the Garnishee no longer has property belonging to the Defendant.

Checks should be made payable to the "**UNITED STATES DISTRICT COURT**" and mailed to the **United States District Clerk's Office, Finance Department, 100 N.E. Monroe, Rm 309, Peoria, Illinois 61201** and reference Court No. 01-30021 on the payment so property credit will be given to the defendant.

9.  This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

DATE: 6/29/06

s/ Elizabeth L. Collins
Elizabeth L. Collins, Bar #487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
Fax: 217/492-4888
Email: beth_collins@usdoj.gov

DATE: 6/27/06

s/ Sarah Garner
SARAH GARNER, Defendant

DATE: 6/27/06    Approved:   s/ Eric W. Fox
ERIC W. Fox, U.S. Probation Officer

DATE: 7-3-06

s/ Becky Stevenson
Becky Stevenson, Human Resources Clerk
HARDEE'S RESTAURANT,
% INFO SYNC SERVICES, Garnishee

-4-

**APPROVED AND SO ORDERED this _____ day of _____, 2006**

 

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

Copies to:

Elizabeth L. Collins
Assistant United States Attorney
318 S. 6th Street
Springfield, Illinois 62701

SARAH GARNER, Judgment Defendant

Eric W. Fox, U.S. Probation Officer

HARDEE'S RESTAURANTS % INFO SYNC SERVICES, Garnishee Defendant