UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 04-30007-001 |
| | ) |
| SARAH GARNER, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| HARDEE'S RESTAURANTS | ) |
| %INFO SYNC SERVICES, | ) |
| | ) |
| Garnishee. | ) |
| | ) |

**FINAL ACCOUNTING OF AGREED ORDER OF CONTINUING EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following final accounting on the Agreed Order of Continuing Earnings Garnishment entered by this Court on July 17, 2006:

1. Amount collected through this garnishment proceeding:  None

2. The garnishment is terminated because the Defendant's Probation Officer notified this office of a change in employment and the Garnishee no longer has property of the Defendant.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

                Respectfully submitted,

                RODGER A. HEATON
                UNITED STATES ATTORNEY

                s/ Elizabeth L. Collins
                _____
By:   Elizabeth L. Collins, Bar # 487864
      Attorney for Plaintiff
      United States Attorneys Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Beth.Collins@usdoj.gov

# CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **FINAL ACCOUNTING** on December 6, 2006, been made upon the following individuals by depositing a copy thereof in the United States mail, postage prepaid, addressed to their last known addresses at:

    Sarah Garner
    201 Cheyenne Drive
    Auburn, IL 62615

    Ms. Becky Stevenson
    Info Sync Services
    6051 N. Brookline Suite 108
    Oklahoma City, OK 73112

    s/ Elizabeth L. Collins
    _____

By:   Elizabeth L. Collins, Bar # 487864
    Attorney for Plaintiff
    United States Attorneys Office
    318 S. 6th Street
    Springfield, Illinois 62701
    Tel: 217-492-4450
    Fax: 217-492-4888
    E-mail: Beth.Collins@usdoj.gov