**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 04-30007-001 |
| | ) |
| SARAH GARNER, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| HARDEE'S RESTAURANTS | ) |
| %INFO SYNC SERVICES, | ) |
| | ) |
| Garnishee. | ) |
| | ) |

**AMENDED FINAL ACCOUNTING OF AGREED ORDER OF CONTINUING EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(B), makes the following amended final accounting on the Agreed Order of Continuing Earnings Garnishment entered by this Court on July 17, 2006:

1. Amount collected through this garnishment proceeding: $50.00

2. The garnishment is terminated because the Defendant's Probation Officer notified this office of a change in employment and the Garnishee no longer has property of the Defendant.

Furthermore, within 10 days from the receipt of this accounting, the defendant and/or the garnishee may file a written objection to the accounting stating the grounds for the objection, and request a hearing.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Elizabeth L. Collins
_____

By:   Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov

2

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **FINAL ACCOUNTING** on December 12, 2006, been made upon the following individuals by depositing a copy thereof in the United States mail, postage prepaid, addressed to their last known addresses at:

>Sarah Garner
>201 Cheyenne Drive
>Auburn, IL 62615
>
>Ms. Becky Stevenson
>Info Sync Services
>6051 N. Brookline Suite 108
>Oklahoma City, OK 73112

s/ Elizabeth L. Collins
_____

By:   Elizabeth L. Collins, Bar # 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Beth.Collins@usdoj.gov