CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. V.S. Gayner

FOR / AT: FILED SEP 24 2007 JOHN M. WATERS, Clerk, U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name):

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 04-30007
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

Not Employed Now. Unemployed 2½ months. In past 12 months worked for Hardy's & McDonalds & Baby S.T.
Baby S. Ten Auburn Ill

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Erika Vaughn (sister) last 3 weeks
- IF YES, how much do you earn per month? $ 200
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes  ☒ No  — Not Married
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $ 5200  SOURCES: job at McDonald's
  - $ 100  " " Hardees

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| | VALUE | DESCRIPTION |
|---|---|---|

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: child - Chloe Gayner 17 months. Provides support when able.

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| water bill | | $ | $ 90 |
| medical bills | | $ honor | $ |
| probably less than honor | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date):

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Sarah ____  9/24/07