# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>SARAH GARNER<br>Address Unknown<br><br>Defendant | **WARRANT FOR ARREST**<br><br>FILED<br>OCT - 2 2007<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br><br>CASE NO. 04-30007 |

RECEIVED 2007 SEP 13 P 4:06 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:  THE U. S. MARSHAL and any
     AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Sarah Garner, and bring him or her forthwith to the nearest magistrate judge to answer a Petition for Offender under Supervision charging him or her with violation of conditions of supervised release in violation of Title 18, United States Code, Section(s) 3606.

| | |
|---|---|
| **JOHN M. WATERS**<br>Name of Issuing Officer<br><br>s/ John M. Waters<br>_____<br>Signature of Issuing Officer | **CLERK U.S. DISTRICT COURT**<br>Title of Issuing Officer<br><br>September 13, 2007 at Springfield, Illinois<br>Date and Location |

Bail fixed at $ **NO BOND** by U.S. District Judge Jeanne E. Scott.

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _Virden, IL_

| Date Received 09/13/07 | Name of Arresting Officer _Alex Story_ | Signature of Arresting Officer _[signature]_ |
|---|---|---|
| Date of Arrest 09/30/07 | Title of Arresting Officer _DUSM_ | |